UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEYWANIE S. BRIDGEWATER,<br><br>       Plaintiff,<br><br> v.<br><br>RESIDENT MANAGER JOSEPHINUM, et al.,<br><br>       Defendants. | CASE NO. **2:23-cv-01597-JNW**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 6) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff.

DATED this 25th day of October, 2023.

                _____
                BRIAN A. TSUCHIDA
                United States Magistrate Judge