UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Dept of correction
Rent Josephmwa lower Rent $987.00
Keswanwe S. Bin Gilwate
1902 2nd Ave, Apt. 714
Seattle WASH 98101-1145

Plaintiff(s),

v.

All Rent lower Rent 187.00
Resident main Ahn Josephmu
1902 2nd Ave 2nd floor 200 Room
Seattle WASH 98101,

Defendant(s).

USDC Case No.: 2:23-cv-01597-JNW

CASE NO. 165-06040
[to be filled in by Clerk's Office]

COMPLAINT FOR CONVERSION
OF PROPERTY
(28 U.S.C. § 1332; Diversity of Citizenship)

Jury Trial: ☒ Yes ☐ No

FILED (DROP BOX)

OCT 16 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: Keswanwe Shawtella Bingilwate
Street Address: 1902 2nd Ave, Apt. 714
City and County: Seattle, King County
State and Zip Code: Washington 98101-1145
Telephone Number: (206) 852-4969

COMPLAINT FOR CONVERSION OF PROPERTY - 1

Stamp Approval! Open Business;
on printed Thon-Georathns

*Pro Se 10 2016*

1   B.   Defendant(s)

2   *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an*
3   *individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

Name: Jamine Hampton
Job or Title (if known): Resident Manager
Street Address: 1902 2nd Ave 2nd Floor Suite 200
City and County: Seattle King County
State and Zip Code: Washington 98101
Telephone Number: (206)

Defendant No. 2

Name: Nick Antonucc
Job or Title (if known): Resident Manager
Street Address: 1902 2nd Ave, 2nd Floor Suite 200
City and County: Seattle King County
State and Zip Code: Washington 98101
Telephone Number: (253) 677-9365

Defendant No. 3

Name: Alexander Rea
Job or Title (if known): Certification Specialist II
Street Address: 190 Queen Anne Ave, North
City and County: Seattle King County
State and Zip Code: Washington 98109-1028
Telephone Number: call (206) 234-1514  office (206) 234-1770

[Handwritten note at bottom:] I need another Seattle Housing Authority Certification Specialist I or II to lower the rent to $187.00 for 12 months to stay at $187.00 for Apt. 714 Josephinum building Brisbellum Known

COMPLAINT FOR CONVERSION OF PROPERTY - 2

[Stamp: FILED (DROP BOX) OCT 16 2023 CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE BY ___ DEPUTY]

*on paniter Trowbridge chart 10-16-2023*
*by Lieuby*

Pro Se 10 2016

1  Defendant No. 4
2  Name — Seattle MASA/Dept of Lorection
3  Job or Title (if known) — Gov humans Inspection Low Income House
4  Street Address — 600 4th Ave, 7th Floor
5  City and County — Seattle King County
6  State and Zip Code — Washington 48104
   Telephone Number — (206) 684-4000

7  Lower the Rent to $187.00 for Resident Apt. 714 Josephmum
8  Build. Resident Bridgewater Keylon

## II. BASIS FOR JURISDICTION

9  Federal courts are courts of limited jurisdiction (limited power). Generally, only two
10 types of cases can be heard in federal court: cases involving a federal question and cases
11 involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under
12 the United States Constitution or federal laws or treaties is a federal question case. Under 28
13 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and
14 the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of
15 citizenship case, no defendant may be a citizen of the same State as any plaintiff.

16 What is the basis for federal court jurisdiction? (check all that apply)

17 ☒ Federal question     ☒ Diversity of citizenship

FILED (DROP BOX)
OCT 16 2023
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

18 Fill out the paragraphs in this section that apply to this case.

19 A.  If the Basis for Jurisdiction Is a Federal Question

20  List the specific federal statutes, federal treaties, and/or provisions of the United States
21 Constitution that are at issue in this case.

22 Tenant code # T0057269 SHA #235793
23 Lower Rent to $187.00 for Apt. 714 Josephmum
24 Building for Bridgewater, Keywanie Thank you.

COMPLAINT FOR CONVERSION OF PROPERTY - 3

? Stamp Approval !  ! open Business !
on paniter Trowbridge chart

*an painten znowba w/a l/znow   10-10-2023*
*day in GDA*

Pro Se 10 2016

1  B.   If the Basis for Jurisdiction Is Diversity of Citizenship

2        1.   The Plaintiff(s)

3             a.   If the plaintiff is an individual.

4  The plaintiff (name) __KeyWAnes. BringRWAter__, is a citizen of the

5  State of (name) __WASAngtn__.

6             b.   If the plaintiff is a corporation.

7  The plaintiff, (name) __KeyWAnes. BringRWAter__, is incorporated under

8  the laws of the State of (name) __WASAngtn__, is incorporated under

9  the laws of the State of (name) __WASAngtn__, and has its principal

10 place of business in the State of (name) __Dept of Correction__.

11 (If more than one plaintiff is named in the complaint, attach an additional page providing
12 the same information for each additional plaintiff.)

*FILED (DRCP BOX)*
*OCT 16 2023*
*CLERK U.S. DISTRICT COURT*
*AT SEATTLE*
*WESTERN DISTRICT OF WASHINGTON   DEPUTY*

13       2.   The Defendant(s)

14            a.   If the defendant is an individual.

15 The defendant, (name) __Jamarie Hampton / Nicke Antonucc__, is a citizen of the

16 State of (name) __WASAngtn__. Or is a citizen of

17 (foreign nation) __Josephinum Building Apt 714__.

18            b.   If the defendant is a corporation.

19 The defendant, (name) __Alexander Rea__, is incorporated under

20 the laws of the State of (name) __WASAngtn__, and has its principal

21 place of business in the State of (name) __WASAngtn__.

22 Or is incorporated under the laws of (foreign nation) __Seattle Housing Authority__

23 and has its principal place of business in (name) __Rent Lower to 287.00 For 12 month__
*Every Monthly Joseph 714 Apt 10.5.B*

24 (If more than one defendant is named in the complaint, attach an additional page
providing the same information for each additional defendant.)

COMPLAINT FOR CONVERSION OF PROPERTY - 4

*Stamp Approval, Open Business*
*on painten znowbosa l/zn*

Pro Se 10 2016

### III. THE AMOUNT IN CONTROVERSY

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

put Into the section (8) Housing voucher more money depositing U.S. Dollars U.S. coin $612.00 Into For Keywanis. Brookwater Housing voucher

### IV. STATEMENT OF CLAIM

A. Describe the property that you own that is the subject of this complaint, including its value.

I live In Josephinum Building Apt. 714 Keywanie Ann Wicken As Wearing Keywanie S. Bridgewater Paying Rent $187.00 For 12 months Yearly

B. How and when did you come to own the property?

I move Into Apt 714 Josephinum Building Keywanie S. Bridgewater on Date 12-13-2017 By my self Thank you! Thank you

C. How and when did the defendant(s) obtain possession of the property? Describe with particularity the actions the defendant(s) took to convert the property.

I Been Living Here Since Date 12-13-2017 Living for 8 Years Today Date 10-10-2023 From Resident Josephinum Building Apt. 714 01 Keywanie S. Bridgewater 1902 2nd Aug Apt. 714 Seattle Washington 98101-1145

on packen timer bookalsing

COMPLAINT FOR CONVERSION OF PROPERTY - 5

! Stamp Approval ! Open Business! on Packer ziacbookaches

*on petition from GODA blister DATE 10-16-2023*
*WAS TUESDAY*

Pro Se 10 2016

1  D.  *(If the defendant(s) rightfully came into possession of the property):* Describe how and
2     when you notified the defendant(s) that the property belonged to you. Describe how and
3     when you demanded that the defendant(s) deliver or return the property, and what
4     response you received from the defendant(s). Attach a copy of any written
5     correspondence with the defendant(s), if such copies exist.

6     Right now Resident Keywanie S. Bridgewater
7     Will be paying Rent $187.00 for 12 months
8     Yearly 1-1-2024, year 2025 stay rent 187.00
9     Continue Rent stay rent 187.00 Forever Thank You

                            V.  **RELIEF**

10    State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do
      not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing
11    at the present time. Include the amounts of any actual damages claimed for the acts alleged and
      the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts,
12    and the reasons you claim you are entitled to actual or punitive money damages.

13    Keywanie Ann Wickes other name
14    Kyiwana Ann Wickes other name
15    Keywanie S. Bridgewater Living By Herself Alone

                    VI.  **CERTIFICATION AND CLOSING**

17    Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
18    knowledge, information, and belief that this complaint: (1) is not being presented for an improper
19    purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
20    (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or
21    reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so
22    identified, will likely have evidentiary support after a reasonable opportunity for further
23    investigation or discovery; and (4) the complaint otherwise complies with the requirements of
24    Rule 11. Continue Rent Stay For Ever $187.00
      For Resident Keywanie S. Bridgewater for 12 months yearly
      1, stamp Approval Open Business
      on petition from GODA Church

FILED (DROP BOX) OCT 16 2023 CLERK U.S. DISTRICT COURT AT SEATTLE WESTERN DISTRICT OF WASHINGTON BY ___ DEPUTY

Pro Se 10 2016

1   I agree to provide the Clerk's Office with any changes to my address where case-related
2   papers may be served. I understand that my failure to keep a current address on file with the
3   Clerk's Office may result in the dismissal of my case.

4   Date of signing:        01      10-10-2023
5   Signature of Plaintiff  01      *Keywane S. Brushwats*
6   Printed Name of Plaintiff 01    Keywane S. Brushwats

8   Date of signing:        01      10-10-2023
9   Signature of Plaintiff  01      *Keywane S. Brushwats*
10  Printed Name of Plaintiff 01    Keywane S. Brushwats

12  Date of signing:        01      10-10-2023
13  Signature of Plaintiff  01      01 *Keywane S. Brushwats*
14  Printed Name of Plaintiff 01    01 Keywane S. Brushwats

Stamp Approve

Continue Forever Rent stay

Stay $187.00

Other Name Keywane ann Wickel
Other Name Keywane Ann Wickes
Other Name Keywane Ann Wickel, Keywane Ann Wickes
! Stamp Approval, Open Business !
on Paitile Tuea Gloksalbiar

FILED (DROP BOX)
OCT 16 2023
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

COMPLAINT FOR CONVERSION OF PROPERTY - 7

# THE CATHOLIC HOUSING SERVICES OF WESTERN WASHINGTON
# THE JOSEPHINUM APARTMENTS
# LEASE AGREEMENT

FILED (DROP BOX)

OCT 16 2023

This LEASE is made and executed in duplicate on **12/13/2017** between The Catholic Housing Services of Western Washington dba The Josephinum Apartments ("Landlord") and **Keywanie Bridgewater**. This is in consideration of the payment of the rents and the performance of the covenants contained herein on the part of the Tenant and the Landlord. The Landlord does hereby lease to the Tenant and in consideration of the premises; the Tenant does hereby lease from the Landlord upon these terms and conditions, the following property particularly described as follows:

1. **PROPERTY:** Apartment number #714 of The Josephinum Apartments located at 1902 Second Avenue, Seattle, Washington 98101.

2. **TERM:** For the term of **12** months beginning on **12/13/2017** thru **11/30/2018** and month to month thereafter.

3. **ANNUAL RECERTIFICATION:** The City of Seattle and Washington State regulations require that Tenant income be reported on a continuing basis. All households will have income self-verified annually. All tenants must complete the annual recertification prior to the anniversary date of this Agreement. The Tenant will be notified of the procedure, and must cooperate in a timely manner.

4. **RENT:** As of the date of execution of this LEASE, the Rent for Apartment #714 is $793 per month. Of this amount **$181.00** is payable by the tenant, and **$612.00** is subsidized. All rents shall be due in advance, on the first day of each month, and paid no later than midnight on the fifth of the month. Rent is to be paid in the Management office during normal business hours and at the front desk when the office is closed.

5. **SECURITY DEPOSIT:** The Tenant has deposited in advance, or has a payment plan agreement, for a Security Deposit of **$300.00** with the Landlord in an account at Bank of America, whose address is 1001 Fourth Ave., Seattle, Washington 98154, as security deposit for the period the Tenant occupies the Unit. After the Tenant has moved from the unit, the Landlord will determine if the Tenant is eligible for a refund of any or all of the deposit. The amount of the refund will be determined in accordance with the following conditions and procedures.
   A. The Tenant will be eligible for a refund of the security deposit only if the Tenant provided Landlord with the 20 days written notice of intent to move required by paragraph 18.
   B. After the Tenant has moved from the unit, Landlord will inspect the unit and complete an Apartment Inspection Report. The Landlord will permit the Tenant to participate in that inspection if the Tenant so requests.
   C. The Landlord will refund to the Tenant the amount of the security deposit, less any amount needed to pay the cost of any:
      1. Loss due to Tenant's failure to pay all of the rent.
      2. Cost of repairing damage to premises in excess of normal wear and tear, including the removal of trash or personal items.
      3. Loss of rent due to time needed to repair excessive damage.
      4. Costs to replace or repair furniture, equipment, or other items belonging to the Landlord and taken and/or damaged by the Tenant and/or their guest(s).
      5. Charges for any keys not returned, late payments or returned checks as described Paragraph 12 and 8.

100 23rd Avenue
South
Seattle WASH
98144-2302
(206) 323-6336
(206) 328-5692

Tenant com# 10057269
To website

www.ccsww.org

www.ccsww.org
[illegible]
SHA #235793

Nick Antonucci
nicholasa@ccsww.org
253-677-9365
work cell

FILED (DROP BOX)
OCT 16 2023
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY



**Seattle HOUSING AUTHORITY**
**Housing Choice Voucher Program**

| | |
|---|---|
| **Address** | PO Box 19028 |
| | 190 Queen Anne Ave N |
| | Seattle, WA 98109-1028 |
| **Telephone** | 206-239-1728 |
| **FAX** | 206-239-1770 |
| **TDD** | 1-800-833-6388 |
| **Website** | www.seattlehousing.org |

## COVID-19
## NOTICE OF RESCHEDULED INSPECTION

9/13/21

235793

KEYWANIE BRIDGEWATER
1902 2ND AVE
UNIT 714
SEATTLE WA 98101

CC: AHA - JOSEPHINUM
1902 2ND AVE
SEATTLE WA 98101

Dear Participant,

Your Annual Inspection scheduled for September 14, 2021 has been per request from your housing provider due to concerns of possible risks relating to COVID-19.

The safety of program participants remains Seattle Housing Authority's top priority. Your rescheduled Annual inspection will now take place on November 9th, 2021 between 8:00am and 4:00pm. As the tenant, you may designate any responsible adult including property manager or owner to serve as your representative at the time of inspection. Please remember to restrain any animals present inside or outside the unit during the inspection.

SHA recognizes that inspections are necessary to ensure that units are safe, decent, and sanitary for our participants during this pandemic. Please be advised that any further rescheduling requests related to COVID-19 will require documentation from either a medical provider or other qualified professional and is subject to approval.

Sincerely,

*Cassie Soden*

Cassie Soden
Housing Choice Voucher Program
Inspection Desk Scheduler
Phone: 206.239.1645 | Email: hcvinspectionsdesk@seattlehousing.org

FILED (DROP BOX)

OCT 16 2023

BY _____ WESTERN DISTRICT OF WASHINGTON
                                            DEPUTY

♿ *Upon request, Seattle Housing Authority will provide reasonable accommodations to people with disabilities so they can participate in SHA programs.*



**Victor Tuli**
Community Corrections Officer

Department of Corrections
Community Corrections Division
1550 4ᵗʰ Avenue South
Mail Stop: TB-12A
Seattle, WA 98134-1510

Desk: (206) 516-7770
Cell: (206) 730-6007
Fax: (206) 389-3989
moli.tuli@doc.wa.gov
www.doc.wa.gov

**Working Together for Safer Communities** 

---



**Admissions**

Phone 206-239-1737
Fax 206-615-3537

FILED (DROP BOX)

OCT 16 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                            DEPUTY

www.seattlehousing.org
190 Queen Anne Avenue North   P.O. Box 19028   Seattle, WA 98109-1028

---

**Alexander Rea**
Certification Specialist II



**Housing Choice
Voucher Program**

Phone 206-239-1519
Fax 206-239-1770

alexander.rea@seattlehousing.org   www.seattlehousing.org
190 Queen Anne Avenue North   P.O. Box 19028   Seattle, WA 98109-1028

# PLEASE TAKE SHA'S
# 2024 BUDGET SURVEY!





FILED (DROP BOX)

OCT 16 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Please scan the above QR code with a smart phone camera and click the link that pops up. You can also type the link below into your browser.

The survey is available until May 26th, 2023!

# https://www.surveymonkey.com/r/SHA2024BudgetSurvey

Your views and priorities matter and Seattle Housing Authority takes your responses seriously.

**Seattle Housing Authority**
**Project Based Voucher Program**

190 Queen Anne Ave N
PO Box 19028
Seattle, WA 98109

Phone: 206.239.1728
Fax: 206.239.1770
TDD: 1.800.833.6388
seattlehousing.org

## Lease Amendment

10/05/2022
Tenant Code: t0057269

KEYWANIE BRIDGEWATER
1902 2ND AVE # 714
SEATTLE, WA 98101

AHA - JOSEPHINUM
1902 2ND AVE,
SEATTLE, WA 98101

Effective 12/01/2022, this notice amends the Lease dated 12/13/2017, between the housing provider and participant household headed by Keywanie Bridgewater (t0057269).

**The reason for this change is due to:**

[X] **ANNUAL REEXAMINATION**

Annual Review of family income and/or composition.

[ ] **INTERIM REEXAMINATION**

Interim change in family income and/or composition.

[ ] **CHANGE IN FAMILY COMPOSITION**

FILED (DROP BOX)

OCT 16 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY  WESTERN DISTRICT OF WASHINGTON
DEPUTY

| Adjustment in Payment | From | TO |
|---|---|---|
| HAP Payment | $710 | $696 |
| Tenant Rent | $193 | $207 |
| Total Rent to Owner | $903 | $903 |
| Utility Assistance Payment | $0 | $0 |

This Amendment shall be made a part of your Housing Assistance Payments Contract and Lease Agreement. The expense for utilities not covered by the landlord under the lease has been considered in the calculation of rent portions. The next annual recertification is scheduled for 12/01/2024, however the family must report all changes in income or household composition within ten business days from the date of the change, which may result in interim changes to rent portions.

**Note to Participant:** You have the right to ask for a verbal or written explanation of how we calculated your rent. If, after receiving this explanation, you do not agree with the calculations you have the right to request, in writing, an informal hearing.

**Notice of Release of Information:** HUD and SHA may share your information to conduct research and evaluation about housing assistance and related programs. Information that may be shared includes but is not limited to name, address, and phone number, birth date, housing assistance program types and dates of assistance, social security numbers, and financial information. This sharing will not have any impact on your benefits, and you will not be contacted by any researchers as a result. In addition, your contact information (name, mailing address, and phone number) may be shared with our community partners in order to provide you and your family information about free benefits or other opportunities. If you would prefer that your information not be shared with our community partners or if you have questions about the benefits available, please contact 206.239.1524. Your housing assistance will not be affected in any way by your decision to not share your information. This consent becomes effective once signed and expires 40 months after the date of signature.

Sincerely,
*Toni Rutledge*
Toni Rutledge
Seattle Housing Authority
Contact Number: 206-239-1782

If you need help understanding this notice or information about your renter rights, call the Renting in Seattle Helpline at (206) 684-5700 or visit the web site at www.seattle.gov/rentinginseattle. You may obtain information about the rights and obligations of tenants and landlords by contracting Seattle Department of Construction at http://www.seattle.gov/sdci.



**Project Based Voucher Program**

190 Queen Anne Ave N
PO Box 19028
Seattle, WA 98109

Phone: 206.239.1728
Fax: 206.239.1770
TDD: 1.800.833.6388
seattlehousing.org

## Lease Amendment

05/08/2023
Tenant Code: t0057269

KEYWANIE BRIDGEWATER
1902 2ND AVE # 714
SEATTLE, WA 98101

AHA - JOSEPHINUM
1902 2ND AVE,
SEATTLE, WA 98101

Effective 06/01/2023, this notice amends the Lease dated 12/13/2017, between the housing provider and participant household headed by Keywanie Bridgewater (t0057269).

**The reason for this change is due to:**

☐ **ANNUAL REEXAMINATION**

Annual Review of family income and/or composition.

☒ **INTERIM REEXAMINATION**

Interim change in family income and/or composition.

☐ **CHANGE IN FAMILY COMPOSITION**

FILED (DROP BOX)
OCT 16 2023
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

| Adjustment in Payment | From | TO |
|---|---|---|
| HAP Payment | $696 | $742 |
| Tenant Rent | $207 | $207 |
| Total Rent to Owner | $903 | $949 |
| Utility Assistance Payment | $0 | $0 |

This Amendment shall be made a part of your Housing Assistance Payments Contract and Lease Agreement. The expense for utilities not covered by the landlord under the lease has been considered in the calculation of rent portions. The next annual recertification is scheduled for 12/01/2024, however the family must report all changes in income or household composition within ten business days from the date of the change, which may result in interim changes to rent portions.

**Note to Participant:** You have the right to ask for a verbal or written explanation of how we calculated your rent. If, after receiving this explanation, you do not agree with the calculations you have the right to request, in writing, an informal hearing.

**Notice of Release of Information:** HUD and SHA may share your information to conduct research and evaluation about housing assistance and related programs. Information that may be shared includes but is not limited to name, address, and phone number, birth date, housing assistance program types and dates of assistance, social security numbers, and financial information. This sharing will not have any impact on your benefits, and you will not be contacted by any researchers as a result. In addition, your contact information (name, mailing address, and phone number) may be shared with our community partners in order to provide you and your family information about free benefits or other opportunities. If you would prefer that your information not be shared with our community partners or if you have questions about the benefits available, please contact 206.239.1524. Your housing assistance will not be affected in any way by your decision to not share your information. This consent becomes effective once signed and expires 40 months after the date of signature.

Sincerely,

Jana Gibson
Seattle Housing Authority
Contact Number: 206-239-1648

If you need help understanding this notice or information about your renter rights, call the Renting in Seattle Helpline at (206) 684-5700 or visit the web site at www.seattle.gov/rentinginseattle. You may obtain information about the rights and obligations of tenants and landlords by contracting Seattle Department of Construction at http://www.seattle.gov/sdci.



**Project Based Voucher Program**

190 Queen Anne Ave N
PO Box 19028
Seattle, WA 98109

Phone: 206.239.1728
Fax: 206.239.1770
TDD: 1.800.833.6388
seattlehousing.org

## Lease Amendment

09/07/2023
Tenant Code: t0057269

KEYWANIE BRIDGEWATER
1902 2ND AVE # 714
SEATTLE, WA 98101

AHA - JOSEPHINUM
1902 2ND AVE,
SEATTLE, WA 98101

Effective 12/01/2023, this notice amends the Lease dated 12/13/2017, between the housing provider and participant household headed by Keywanie Bridgewater (t0057269).

The reason for this change is due to:

[X] **ANNUAL REEXAMINATION**
Annual Review of family income and/or composition.

[ ] **INTERIM REEXAMINATION**
Interim change in family income and/or composition.

[ ] **CHANGE IN FAMILY COMPOSITION**

FILED (DROP BOX)
OCT 16 2023
BY CLERK U.S. DISTRICT COURT AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
DEPUTY

| Adjustment in Payment | From | TO |
|---|---|---|
| HAP Payment | $742 | $720 |
| Tenant Rent | $207 | $229 |
| Total Rent to Owner | $949 | $949 |
| Utility Assistance Payment | $0 | $0 |

This Amendment shall be made a part of your Housing Assistance Payments Contract and Lease Agreement. The expense for utilities not covered by the landlord under the lease has been considered in the calculation of rent portions. The next annual recertification is scheduled for 12/01/2024, however the family must report all changes in income or household composition within ten business days from the date of the change, which may result in interim changes to rent portions.

Note to Participant: You have the right to ask for a verbal or written explanation of how we calculated your rent. If, after receiving this explanation, you do not agree with the calculations you have the right to request, in writing, an informal hearing.
Notice of Release of Information: HUD and SHA may share your information to conduct research and evaluation about housing assistance and related programs. Information that may be shared includes but is not limited to name, address, and phone number, birth date, housing assistance program types and dates of assistance, social security numbers, and financial information. This sharing will not have any impact on your benefits, and you will not be contacted by any researchers as a result. In addition, your contact information (name, mailing address, and phone number) may be shared with our community partners in order to provide you and your family information about free benefits or other opportunities. If you would prefer that your information not be shared with our community partners or if you have questions about the benefits available, please contact 206.239.1524. Your housing assistance will not be affected in any way by your decision to not share your information. This consent becomes effective once signed and expires 40 months after the date of signature.

Sincerely,

Alexander Rea
Seattle Housing Authority
Contact Number: 206-239-1519

If you need help understanding this notice or information about your renter rights, call the Renting in Seattle Helpline at (206) 684-5700 or visit the web site at www.seattle.gov/rentinginseattle. You may obtain information about the rights and obligations of tenants and landlords by contracting Seattle Department of Construction at http://www.seattle.gov/sdci.