1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| KEYWANIE S BRIDGEWATER, | CASE NO. 2:23-cv-01597 |
|---|---|
| Plaintiff, | DISMISSAL ORDER |
| v. | |
| RESIDENT MANAGER JOSEPHINUM; JASMINE HAMPTON; NICK ANTONUCC; ALEXANDER REA; BRUCE HARRELL; DEPARTMENT OF CORRECTIONS, | |
| Defendants. | |

On October 25, 2023, pro se Plaintiff Keywanie S. Bridgewater filed the Complaint initiating this litigation, proceeding in forma pauperis. Dkt. No. 9. On December 13, 2023, this Court ordered the parties to submit a Joint Status Report by January 24, 2024. Dkt. No. 6. No such report was filed. *See* Dkt. On April 2, 2024, this Court issued another Order requiring the parties to submit a Joint Status Report by May 14, 2024. Dkt. No. 7. Again, no such report was filed. *See* Dkt. Since filing the complaint in October 2023, Bridgewater has made no entries on the case

**DISMISSAL** ORDER - 1

docket and has submitted no proof to the Court that the Complaint has been served on Defendants. *See generally* Dkt.

On September 5, 2024, the Court issued an Order to Show Cause, noting that Bridgewater had "failed to prove service as required by Rule 4" and "failed to comply with the Court's Orders requiring submission of a Joint Status Report." Dkt. No. 12. The Court instructed Bridgewater to "submit a short statement, not to exceed six (6) pages, explaining why this case should not be dismissed for failure to effect service of process and failure to prosecute." *Id*. The Court gave Bridgewater 30 days to submit a Response to this Order to Show Cause and expressly stated that "[f]ailure to file a response will result in dismissal of Bridgewater's action." *Id*.

As of this date, Bridgewater has failed to respond to the Court's Order to Show Cause, has failed to prove service of process, has failed to file a Joint Status Report, and, in general, has failed to comply with court orders and to prosecute this action. Accordingly, the Court DISMISSES this action without prejudice.

It is so ORDERED.

Dated this 7th day of October, 2024.

Jamal N. Whitehead
United States District Judge

**DISMISSAL** ORDER - 2